JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOSEPH CRANE, | Case No. CV 15-5647 DSF(JC) |
| Petitioner, | |
| v. | JUDGMENT |
| JEFFREY BEARD, Secretary of CDCR, | |
| Respondent. | |

Pursuant to this Court's Order (1) Dismissing Petition for Writ of Habeas Corpus and Action; (2) Denying Remaining Motions; and (3) Denying a Certificate of Appealability, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

IT IS SO ADJUDGED.

DATED: 4/3/17

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE